UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:09-cr-60-01 SEB-TAB |
| vs. ) | |
| ) | |
| ANTHONY STRONG, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 42 and observing that Defendant has not objected to it, now adopts the Magistrate Judge's recommendation as the ruling of the Court. Accordingly, Defendant is hereby sentenced to 120 days in the VOA. He shall  and shall report to the VOA as soon as the VOA is able to accept him.

IT IS SO ORDERED.

Date: 04/09/2013

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record

USPO
Attn: Jason Phillips