UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:09-cr-0060-SEB-TAB |
| | ) | |
| ANTHONY STRONG, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On June 1, 2016, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 28, 2016. Defendant Strong appeared in person with his appointed counsel Joseph Cleary. The government appeared by Barry Glickman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Strong of his rights and provided him with a copy of the petition. Defendant Strong waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Strong admitted violation 2. [Docket No. 48.] Government orally moved to dismiss violations 1, and 3 and the Court granted the same.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** |
| | As previously reported to the Court, on February 25, 2013, Anthony Strong was arrested January 28, 2012, for Operating While Intoxicated. On January 22,2 013, Mr. Strong pled guilty to Operating While Intoxicated with a Prior Conviction within Five Years, a felony, and was sentenced to 730 days imprisonment with 720 days suspended, and two years' probation (29D04-1202-FD-1022). The offender was unsuccessfully discharged from probation on January 23, 2015. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is I.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months with no supervised release to follow. Defendant requested a recommendation of placement at FCI Terre Haute.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 18 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court will make a recommendation of placement at FCI Terre Haute.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: 06/13/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal